IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:24CR106 |
| vs. | ) | |
| | ) | |
| PAUL BILLINGSLEY, | ) | |
| | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court on the government's Motion to Continue Trial (Filing No. 78). Counsel needs additional time to secure a government witness. The parties continue to attempt to resolve the matter. The defendant has been contacted and does not object to the continuance. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [78] is granted, as follows:

1. The jury trial now set for October 20, 2025 is continued to **November 3, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 3, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would likely make a continuation of such proceeding impossible, or result in a miscarriage of justice. In addition, failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(i) and(iv).

**DATED:** October 14, 2025.

BY THE COURT:

*Robert F. Rossiter, Jr.*
Robert F. Rossiter, Jr.
**Chief, United States District Judge**