IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br>v.<br><br>PAUL BILLINGSLEY,<br><br>                      Defendant. | 8:24CR106<br><br><br>**ORDER** |

This matter is before the Court on the Joint Motion to Continue Trial (Filing No. 81). While the parties are working diligently to resolve the matter, a new development has occurred. For good cause shown,

IT IS ORDERED that the Joint Motion to Continue Trial (Filing No. 81) is granted as follows:

1. The jury trial, now set for November 3, 2025, is continued to **January 5, 2026.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and January 6, 2026**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. No further continuances will be granted.

Dated this 22nd day of October 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief, United States District Judge