IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br>v.<br><br>PAUL BILLINGSLEY,<br><br>                      Defendant. | **8:24CR106**<br><br><br>**ORDER** |

This matter is before the Court on the Joint Motion to Continue Trial (Filing No. 87). Counsel needs additional time to coordinate witnesses for trial. For good cause shown,

IT IS ORDERED that the Unopposed Motion to Continue Trial (Filing No. 87) is granted as follows:

1. The jury trial, now set for January 5, 2026, is continued to **January 20, 2026.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and January 20, 2026**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. No further continuances will be granted barring exceptional circumstances.

Dated this 9th day of December 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief, United States District Judge